# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| David White<br><br>*Plaintiff(s)*<br>v.<br>Susana Dietrich , Mary Lou Soscia, Neil Brandt, Bryan Sohli<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Bryan Sohli President of Water Watch of Oregon

213 SW Ash St., Suite 208 Portland, OR 97204

503-295-4039

A lawsuit has been filed against you on 22 August 2024

Within 21 days after service of the filing (22 Aug 2024) on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David White Pro Se 18965 NW Illahe St Portland OR 97229, dave@salmonprotectiondevice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bryan Sohli
was received by me on *(date)* _____ .

' I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify):* emailed to Bryan Sohli by email service thelawisyourattorney.com

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/22/2024

_____
*Server's signature*

David White
*Printed name and title*

18965 NW Illahe st. Portland, OR
_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset