UNITED STATES DISTRIC COURT

FOR THE DISTRIC OF OREGON

MEDFORD DIVISION

**Case 1:24-CV-1395-IM**

**David White, Pro Se P**

18965 NW Illahe St,

**Portland OR.**                                    District Judge Michael J. McShane

dave@salmonprotectiondevice.com

503-608-7611                                        MOTION FOR NO CONSENT

                                                    TO RULE 73( B )

Tom Doud Plaintiff Pro Se P2

4254 Chevy Chase Dr, La Cañada

Flintridge, CA, USA 97011

213-248-7832

tdoud4@gmail.com

**vs.**

**Defendant 1. (D1)**
**Susana Dietrich**
**601 Jackpine Dr,**
**Grants Pass, OR 97526**
**2140 Bobcat Ave SW**
**Albany, OR 97321-4872**
**mitt@dietrichconst.com**
**541-974-3251**

**Defendant 2. (D2)**
**Mary Lou Soscia in her**
**Personal capacity as President of**
**Water Watch of Oregon**

**Defendant 3 (D3)**
**Bryan Sohlin in his personal capacity as Vice**
**President of Water Watch of Oregon**
**213 SW Ash St., Suite 208**
**Portland, OR 97204**

**Defendant 4 (D4)**
**Neil Brandt in his personal capacity as**
**Executive Director of**
**Water Watch of Oregon**
**213 SW Ash St., Suite 208**
**Portland, OR 97204**
**503-295-4039x 101**
neil@waterwatch.org

Melanie Klym (D5)
River Design Group
311 SW Jefferson Avenue
Corvallis, Oregon 97333
Phone: 541.738.2920
info@riverdesigngroup.com

---

Legal Counsel for Water Watch defendants
Kaitlin Lovell
Attorney-Advisor
213 SW Ash St., Suite 208
Portland, OR 97204
213 SW Ash St., Suite 208
Portland, OR 97204
(503) 295-4039
info@waterwatch.org

Janette Brimmer
jbrimmer@earthjustice.org
Molly Tack-Hooper
mtackhooper@earthjustice.org

1. Plaintiff respectfully requests the court to not have a Magistrate Judge conduct any and/or all proceedings in this case. Plaintiff was not given the consent form in the previous case 3:24-cv-00755-JR.

*[signature]*

Respectfully submitted

David White

**CERTIFICATE OF SERVICE**
I hereby certify that on September 16th, 2024, a true and correct copy of the above document was electronically filed with the Clerk of the Court using CM/ECF. A copy of the document will be served upon interested parties via the Notices of Electronic Filing that are generated by CM/ECF. Additionally, a courtesy copy is being provided as follows:

Attorney for Legal Counsel for D23 defendants

Kaitlin Lovell

Attorney-Advisor

213 SW Ash St., Suite 208

Portland, OR 97204

213 SW Ash St., Suite 208

Portland, OR 97204

(503) 295-4039

info@waterwatch.org



Janette Brimmer

jbrimmer@earthjustice.org

Molly Tack-Hooper

mtackhooper@earthjustice.org

mitt@dietrichconst.com

info@riverdesigngroup.com

___ Via hand delivery
___ Via U.S. Mail, 1st Class, Postage Prepaid
___ Via Overnight Delivery
___ Via Facsimile
XX Via Email
XX Via CM/ECF notification to the extent registered DATED: September 16th, 2024.
By: David White

*[signature]*

David C. White Pro Se. September 16th, 2024