| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE DISTRICT OF OREGON |
| 3 | PORTLAND DIVISION |
| 4 | |

| | | |
|---|---|---|
| | **David White, Pro Se. P1**<br>**Dave@salmonprotectiondevice.com**<br>**503-608-7611** | **Case 1:24-CV-01395-IM** |
| | | **1 MILLION DOLLARS**<br>**MOTION FOR DECISION**<br>**AND EXECUTION OF**<br>**SUMMARY JUDGMENT**<br>**(FRCP 56)** |

5  Tom Doud Plaintiff Pro Se P2

6  4254 Chevy Chase Dr, La Cañada

7  Flintridge, CA, USA 97011

8  213-248-7832

9  tdoud4@gmail.com

10

11  **vs.**

12  **Defendant 1. (D1)**

13  **Susana Dietrich**

14  **601 Jackpine Dr,**

15  **Grants Pass, OR 97526**

16  **2140 Bobcat Ave SW**

17  **Albany, OR 97321-4872**

18  **mitt@dietrichconst.com**

19  **541-974-3251**

20

21  **Defendant 2. (D2)**

22  **Mary Lou Soscia in her**

23  **Personal capacity as President of**

24  **Water Watch of Oregon**

25

26  **Defendant 3 (D3)**

27  **Bryan Sohlin in his Personal capacity as Vice**

28  **President of Water Watch of Oregon**

29

30  **Defendant 4 (D4)**

1  **Neil Brandt in his personal capacity as**
2  **Executive Director of**
3  **Water Watch of Oregon**
4  **503-295-4039x 101**
5  neil@waterwatch.org
6
7  Melanie Klym (D5)
8  River Design Group
9  311 SW Jefferson Avenue
10  Corvallis, Oregon 97333
11  Phone: 541.738.2920
12  info@riverdesigngroup.com
13  Legal Counsel for Water Watch defendants
14  Kaitlin Lovell
15  Attorney-Advisor
16  213 SW Ash St., Suite 208
17  Portland, OR 97204
18  213 SW Ash St., Suite 208
19  Portland, OR 97204
20  (503) 295-4039
21  info@waterwatch.org
22
23  Janette Brimmer
24  jbrimmer@earthjustice.org
25  Molly Tack-Hooper
26  mtackhooper@earthjustice.org
27
28  Legal Counsel for all defendants
29
30
31
32

33  ## **TABLE OF AUTHORITIES**

34
35  1) 28 U.S.C. §191 Proceedings in forma Pauperis.

36
37  2) 8 U.S. Code § 1324c - Penalties for document fraud.

38      3) Rule 5. Serving and Filing Pleadings and Other Papers.
39
40

4) Rule 11. Signing Pleadings.

5) Rule 21 Writ of Mandamus.

6) Rule 56. Summary Judgment

7) Rule 55. Default Judgment

8) Judges Code of Conduct, Canons 2 and 3;
https://www.uscourts.gov/judges-judgeships/code-conduct-united-states-judges,

Federal Case Law:

9) Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002): Pagtalunan
  was Pro Se and made numerous mistakes in filing his complaint
  resulting in the case being dismissed. However, upon appeal, the
  higher Court ruled that the lower Court was in error because they did
  not give allowance for Pagtalunan's lack of legal training.

10) 22–451 June 28, 2024 Loper Bright Enterprises v. Raimondo
  and Relentless, Inc. v. Department of Commerce.
https://www.supremecourt.gov/opinions/23pdf/22-451_7m58.pdf  US
  Supreme Court Ruled on 6/28/2024 that courts can no longer
  function as Administrative Law Courts. They must convene as
  Article III, Section 2 Courts of the U.S. Constitution. Also, Entities
  such as FERC are no longer allowed to cherry pick data to
  support a political agenda in defiance of Federal law.  The
  Chevron document was voided.

Background:

3

Plaintiff heads a legal team of 3 professionals, also pro se. One is a 40-year

Retired, Federal Attorney, expert in the application of

Federal and Case law, environmental law in particular**.** Another is an

investigative journalist, providing legal research and serving as Legal

Editor for all Court Documents.  Plaintiff holds a Master's Degree in

Chemical Engineering and doctoral study in the field, to include

hydrology and advanced statistics.

Defendants have been in default for this case since September 13,

2024. Friday the 27th of September, 2024 will be two weeks.

Well-documented, undisputed case facts include:

1.   Defendants filed for a joint application but deceived the licensing agency by failing to mark the Illinois River with a "wild and scenic" designation, which it has.

2.   Defendants then filed and received a DEQ 401 permit almost

immediately, instead of the average 2 years it would have taken a

Section 404 otherwise.

3.   Defendants also filed for and received a division of state lands

permit.

4. Defendants also filed and received an Army Corp of Engineers

regional Section 404 permit. However, that permit is for habitat

restoration only, not dam removal.

5.   Armed with these fraudulently obtained permits Defendants removed
the Pomeroy Dam, killing fish and creating turbidity, not allowed by the

DEQ  401 permit.

6.   Defendants should be serving jail sentences for these violations of

Federal law, not proceeding Scott Free to their next egregious act of

public vandalism.

7.   These case facts are undisputable and can't be disputed at this point

 because of Defendants default.

On September 22, 2024, a Default and Summary Judgment was filed in

this case 1:24-CV-01395-IM.  Also, on September 24, 2024 Plaintiff

emailed a proposed document with proof of email transmission of

service. The FRCP Rule 55 and Rule 56 impel a Federal Judge to

action as specified.

This Emergency Motion for decision and execution of the Summary

Judgment requires the Federal Judge to act immediately. Time is of the

essence before spring thaw decimates Cave Junction and surrounding

environment with two to four feet of flood water projected between March

to May, depending on the weather (and other potential harms).

Plaintiff filed for an Emergency Section 404 permit and Joint Application to

rebuild the Pomeroy dam before the snowmelt in the Spring and massive

flooding in Cave Junction. The Army Corp of Engineers are actively

working on providing this permit by 33 CFR 325.2(e)(4), **a**nd revoking the

previous permit they issued based on Defendants falsified

application form.

Plaintiff has legally served Defendants by email via

ORCP 9G, thelawisyourattorney.com

Email is of course an option under FRCP rules cited, if no one objects.

Email has the advantage of speed and built-in proof of "delivery and read

receipt" and open with the date stamp.   By contrast, regular mail is slow

and doesn't provide proof of service unless a return receipt is purchased.

Plaintiff has not seen any Attorney use a return receipt process and

therefore, no proof of transmission exists for regular mail.

The image below was provided to Plaintiff by the contractor.



1
2
3    This image included an auto reply from an out-of-office rule on a DEQ
4
5    email, proving email transmission with clear and concise evidence as
6
7    required by Federal and Oregon State law. Additionally, FRCP Rule 4 (m)
8
9    gives plaintiff 90 days to serve the summons. Plaintiff's IFP is approved
10
11   and the Summons uploaded to the Court. However, the Court has taken no
12
13   action on as of this date.
14
15   Again the images below are clear and convincing evidence of Defendants
16
17   illegally removing the Pomeroy Dam.
18
19



20

1



2
3



4
5



1
2



1
2
3   Plaintiffs team has three appeals in the 9th Circuit court of Appeals. Two
4
5   of them are for removing a federal judge for bias, Violations of the Judicial
6
7   Code of Conduct and illegal administrative law.
8
9      Respectfully,
10

11   Dated: 09/25/2024                                                  David White P1

12

13   **CERTIFICATE OF SERVICE**

I hereby certify that on September 25th, 2024, a true and correct copy of the above document was electronically filed with the Clerk of the Court using paper. A copy of the document will be served to interested parties via the US mail, CM/ECF and email. Additionally, a courtesy copy is being provided as follows:

Defendant 1. (D1)
Susana Dietrich
mitt@dietrichconst.com

Defendant 2. (D2)
Mary Lou Soscia in her
Personal capacity as President of
Water Watch of Oregon

Defendant 3 (D3)
Bryan Sohlin in his Personal capacity as Vice
President of Water Watch of Oregon

Defendant 4 (D4)
Neil Brandt in his personal capacity as
Executive Director of
Water Watch of Oregon
503-295-4039x 101
neil@waterwatch.org

Melanie Klym (D5)
River Design Group
Phone: 541.738.2920
 info@riverdesigngroup.com

Legal Counsel for Water Watch defendants
Kaitlin Lovell
Attorney-Advisor
213 SW Ash St., Suite 208

Portland, OR 97204

213 SW Ash St., Suite 208

Portland, OR 97204

(503) 295-4039

info@waterwatch.org

Janette Brimmer

jbrimmer@earthjustice.org

Molly Tack-Hooper

mtackhooper@earthjustice.org

_____ Via hand delivery

_____ Via U.S. Mail, 1st Class,

        Postage Prepaid

_____ Via Overnight Delivery

_____ Via Facsimile

XX Via Email

XX Via CM/ECF notification to the extent registered DATED:

9/25/2024. By: David White

Fed. R. Civ. P. 4(e)". says (e)(1) "following state law for serving a

summons in an action brought in courts of general jurisdiction in the state

where the district court is located or where service is made; However, by

Oregon law email service is allowed. ORCP 9 G explains a document may

be a pleading or many other documents.

  By: David White

  Fed. R. Civ. P. 4(e)". says (e)(1) "following state law for serving a

  summons

1    in an action brought in courts of general jurisdiction in the state where

2

3    the district court is located or where service is made; However, by

4

5    Oregon law email service is allowed. ORCP 9 G explains a document

6

7    may be a pleading or many other documents.

8