# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVID WHITE**, an individual; and **TOM DOUD**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**SUSANA DIETRICH**, an individual; **MARY LOU SOSCIA**, an individual; **BRYAN SOHLIN**, an individual; **NEIL BRANDT**, an individual; and **MELANIE KYLM**, an individual,<br><br>Defendants. | Case No. 1:24-cv-01395-IM<br><br>**JUDGMENT** |

Based on the Court's Order, ECF 16, **IT IS ADJUDGED** that Plaintiff's amended complaint is DISMISSED with prejudice and without leave to amend.

DATED this 26th day of September, 2024.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge