|  |  | **FILED** |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | NOV 20 2024 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

DAVID WHITE,

    Plaintiff - Appellant,

 v.

SUSANA DIETRICH; et al.,

    Defendants - Appellees.

No. 24-6015

D.C. No. 1:24-cv-01395-IM
District of Oregon, Medford

ORDER

Before: S.R. THOMAS, BYBEE, and COLLINS, Circuit Judges.

Upon a review of the record and the opening brief received on October 23, 2024, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 5), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

All other pending motions, petitions and requests are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED.**